# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

130044

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALEJANDRO MIGUEL BRAVO,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130044
COA: 265496
Saginaw CC: 01-020286-FC

_____/

On order of the Court, the application for leave to appeal the October 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

s0524